UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 8:12-Cr-84-T-30MAP

**JAMES CRAIG JENKINS**
_____/

**ORDER**

This cause came on for consideration of the Government's Motion to Amend Correct Scrivener's Error (D-56).

The Government moves to correct a scrivener's error in the Indictment. Specifically, the Indictment, while charging that Defendant conspired to possess with the intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, refers to an incorrect penalty provision. Specifically, the Indictment cites to 21 U.S.C. § 841(b)(1)(B), rather than 21 U.S.C. § 841(b)(1)(A), the penalty provision that applies to cocaine offenses involving five kilograms or more. Defendant does not oppose the relief requested.

The Court finds that correcting on the Indictment affects form rather than substance. The Court further finds that said amendment is not prejudicial to Defendant and does not affect his substantive rights. In this regard, amending the Indictment to reflect the correct penalty provision will not affect Defendant's preparation or presentation of his defense nor does it threaten double jeopardy concerns. The original Indictment placed Defendant on notice of

the charges against him as required. The substance of these charges will not be affected at all by the proposed amendment. Additionally, the evidence available to Defendant remains the same. The Court, therefore, finds the Government's request for relief appropriate and will allow the Government to correct the Indictment to reflect the correct penalty provision.

It is therefore ORDERED as follows:

(1) The Government's Motion to Amend Indictment to Correct Scrivener's Error (D-56) is GRANTED. The scrivener's error on the last line of Count One, page one, of the Indictment, which reads Section 846 and 841(b)(1)(B) is hereby ordered corrected to read "Sections 846 and 841(b)(1)(A)."

**DONE** and **ORDERED** in Tampa, Florida on July 9th, 2012.

_____
WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT